Peter Kristofer Strojnik, State Bar No. 242728
**THE STROJNIK FIRM LLC**
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone: (602) 510-9409
Facsimile: (602) 865-7788
strojnik@skplaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>Amanpur Investments, LLC, a California Limited Liability Company D/B/A Motel 6 Oceanside Marina;<br><br>Defendant. | Case No: 3:16-CV-00068-L-BGS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Please take notice that Plaintiff voluntarily dismisses this cause with prejudice.

RESPECTFULLY SUBMITTED this 11TH day of February, 2016.

**THE STROJNIK FIRM LLC**

/S/ PETER K. STROJNIK
_____
Peter K. Strojnik (242728)
2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Attorney for Plaintiff